JANET M. HEROLD, Regional Solicitor
IAN H. ELIASOPH, Counsel for ERISA
CA State Bar No. 227557
GRACE A. KIM, Senior Trial Attorney
CA State Bar No. 247456
Office of the Solicitor
United States Department of Labor
350 S. Figueroa St., Suite 370
Los Angeles, California 90071-1202
Telephone: (213) 894-3950
Facsimile:  (213) 894-2064
kim.grace@dol.gov

Attorneys for Plaintiff, Secretary,
United States Department of Labor

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **R. ALEXANDER ACOSTA**, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>**RIVERSTONE CAPITAL LLC, a California limited liability corporation; NEXGEN INSURANCE SERVICES INCORPORATED, a California corporation; NGI BROKERAGE SERVICES, INC., a California corporation; JAMES C. KELLY, an individual; TRAVIS O. BUGLI, an individual; ROBERT CLARKE, an individual; ERIK MANQUEROS, an individual.**<br><br>Defendants | Case No.: CV 19-778-MWF (MAAx)<br><br>**PROOF OF SERVICE ON DEFENDANT NEXGEN INSURANCE SERVICES, INC.** |

1  Please see the attached proofs of service showing service of the Summons,
2  Complaint, and other relevant documents on Defendant NexGen Insurance Services, Inc.
3  //
4  //
5                                              Respectfully submitted,
6                                              KATE O'SCANNLAIN
7                                              Solicitor of Labor
8                                              JANET M. HEROLD
9                                              Regional Solicitor
10                                             IAN H. ELIASOPH
11                                             Counsel for ERISA
12  Dated: February 25, 2019                   /s/ Grace A. Kim
13                                             GRACE A. KIM
                                               Senior Trial Attorney
14                                             Attorneys for the Secretary of Labor

PROOF OF SERVICE

1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV19-778-MWF(MAAx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NEXGEN INSURANCE SERVICES INCORPORATED, a California corporation was received by me on *(date)* 02/04/2019

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the attached list of document on Priti Patel, Human Resourses Manager, on behalf of NEXGEN INSURANCE SERVICES INCORPORATED, a California corporation, at 4900 California Avenue, Tower A, Suite 420, Bakersfield, California 93309 at 04:02 p.m. on 02/04/2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 02/14/2019

*Server's signature*

LAURIE ROWLAND, Registered California Process Server
*Printed name and title*

Ace Attorney Service, Inc.
31 H Street, Bakersfield, California 93304
Phone No.: (661) 324-8018 / Fax No.: ((661) 324-0415
Registration No.: 654 / County: KERN
*Server's address*

Additional information regarding attempted service, etc:
SEE ATTACHED LIST OF DOCUMENTS

| SHORT TITLE: R. ALEXANDER ACOSTA, etc., et al. v. RIVERSTONE CAPITAL LLC, etc.; et al. | CASE NUMBER CV19-778-MWF(MAAx) |
|---|---|

ATTACHED LIST OF DOCUMENTS

1. CIVIL COVER SHEET;
2. SECRETARY'S APPLICATION FOR TEMORARY RESTRAINING ORDER AND ORDER FOR DEFENANTS TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE;
3. APPLICATION TO FILE COMPLAINT AND EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ACCOMPANYING DOCUMENTS UNDER SEAL;
4. DECLARATION OF MICHAEL BARON IN SUPPORT OF SECRETARY'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER FOR DEFENDANTS TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE;
5. DECLARATION OF SENIOR TRIAL ATTORNEY GRACE KIM IN SUPPORT OF APPLICATION TO FILE COMPLAINT AND EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ACCOMPANYING DOCUMENTS UNDER SEAL;
6. SECRETARY'S MEMORDANUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER FOR DEFENDANTS TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE;
7. NOTICE OF PARTIES OF COURT-DIRECTED ADR PROGRAM;
8. NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;
9. ORDER GRANTING IN PART SECRETARY'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER FOR DEFENDANTS TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE;
10. ORDER GRANTING IN PART SECRETARY'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER FOR DEFENDANTS TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE (FILED UNDER SEAL);
11. ORDER RETURNING CASE FOR REASSIGNMENT

Attachment to POS of Summons and Complaint #1670942KQ

(Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, *not* line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 1

Form Approved by the Judicial Council of California
MC-020 [New January 1, 1987]
ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper
CRC 201, 501

| SHORT TITLE: R. ALEXANDER ACOSTA, etc., et al. v. RIVERSTONE CAPITAL LLC, etc.; et al. | CASE NUMBER: CV19-778-MWF(MAAx) |
|---|---|

ATTACHED LIST OF DOCUMENTS

12. (PROPOSED) ORDER GRANTING SECRETARY'S APPLICATION TO FILE COMPLAINT AND EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ACCOMPANYING DOCUMENTS UNDER SEAL;

13. (PROPOSED) ORDER GRANTING SECRETARY'S APPLICATION FOR TEMORARY RESTRAINING ORDER AND ORDER FOR DEFENDANTS TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE;

14. ORDER GRANTING SECRETARY'S APPLICATION TO FILE COMPLAINT AND EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ACCOMPANYING DOCUMENTS UNDER SEAL

Attachment to POS of Summons and Complaint #1670942KQ

(Required for verified pleading) The items on this page stated on information and belief are *(specify item numbers, **not** line numbers)*:

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 1

Form Approved by the Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**

CRC 201, 501

Civil Action No. CV19-778-MWF

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for:  NEXGEN INSURANCE SERVICES INCORPORATED, A CALIFORNIA CORPORATION
was received by me on  February 05, 2019

☐ I personally served the SUMMONS on the individual at  , ,  on  9:21 AM

☐ I left the above listed documents at the individual's residence or usual place of abode with  , a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the above listed documents to  TRAVIS BUGLI , who is designated by law to accept service of process on behalf of  NEXGEN INSURANCE SERVICES INCORPORATED, A CALIFORNIA CORPORATION, by leaving with Priti Patel - HR manager  on 2/6/2019 9:21 AM

☐ I returned the above listed documents unexecuted because:

☐ other *(specify)*

My fees are $ .00 for travel and $ 16.25 for services, for a total of $ 16.25

I declare under penalty of perjury that this information is true.

Date:  February 06, 2019

_____
Server's signature

LAURI ROWLAND
Printed name and title

Contracted by ACE MESSENGER & ATTORNEY SERVICE
811 WILSHIRE BLVD, STE. 900
LOS ANGELES, CA 90017
(213) 623-3979
Server's Address