Larry J. Caldwell  (SBN 88867)
larry.caldwell@caldwellfirm.net
CALDWELL LAW FIRM
21550 Oxnard Drive, 3rd Floor
Woodland Hills, CA  91367
Telephone:  (424) 382-3111

Attorneys for Court-Appointed
Temporary Independent Fiduciary
Receivership Management, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor**<br><br>Plaintiff,<br><br>v.<br><br>**RIVERSTONE CAPITAL, LLC, a California limited liability corporation;  NEXGEN INSURANCE SERVICES INCORPORATED, a California corporation;  NGI BROKERAGE SERVICES, INC., a California corporation;  JAMES C. KELLY, an individual;  TRAVIS O. BUGLI, an individual;  ROBERT CLARKE, an individual;  ERIK MANQUEROS, an individual,**<br><br>**Defendants**. | CASE NO. 19-CV-778-MWF (MAAx)<br>Honorable Michael W. Fitzgerald<br><br>**TEMPORARY INDEPENDENT FIDUCIARY'S NOTICE OF FILING REGARDING TERMINATION OF RIVERSTONE MEWA AND PARTICIPATING PLANS** |

PLEASE TAKE NOTICE that on February 28, 2019 (and to the extent needed, on the days following thereafter), the Temporary Independent Fiduciary is having notice sent to all current participants of the Riverstone MEWA and

1

Participating Plans ("Plans"), who are currently participating in the Plans. This Notice of Filing gives notice of the decision of the Temporary Independent Fiduciary to terminate the MEWA, as of 11:59 p.m. (Pacific time) March 8, 2019. Such employers will need to seek other sources of health benefit coverage (either fully insured or self-insured) commencing March 9, 2019. Attached hereto is a template of that Notice of Benefit Fund Termination.

    The attached Declaration of Robert E. Moore, Jr. sets forth the basis on which the Temporary Independent Fiduciary has made this decision and taken action.

Dated: February 28, 2019

CALDWELL LAW FIRM

By: /S/ Larry J. Caldwell
Larry J. Caldwell, Esq.

Attorneys for Court-Appointed Temporary Independent Fiduciary Receivership Management, Inc.

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the aforesaid county, State of California. I am over the age of 18 years and not a party to the within action. My business address is Caldwell Law Firm, 21550 Oxnard Drive, 3rd Floor, Woodland Hills, CA 91367.

On the date set forth below, I served the foregoing document described as:

**TEMPORARY INDEPENDENT FIDUCIARY'S NOTICE OF FILING REGARDING TERMINATION OF RIVERSTONE MEWA AND PARTICIPATING PLANS**

On all other parties and/or their attorney(s) of record to this action as follows:

**SEE ATTACHED SERVICE LIST**

\_\_\_\_\_ **BY CM/ECF SYSTEM** In accordance with the electronic filing procedures of this Court, I certify that I caused a copy of the above document to be served upon the following counsel of record, who are registered participants of this Court's CM/ECF system, via the court's CM/ECF System on _____, 2019.

\_\_\_\_\_ **BY ELECTRONIC MAIL** I served the above document to the e-mail address(es) listed in the attached Service List on _____, 2019. A true and correct copy of said transmittal will be produced if requested by any party or the court.

\_\_\_\_\_ **BY MAIL** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. The address shown above is the same as shown on the envelope, which was placed for deposit in the United States Postal Service at Caldwell Law Firm in Woodland Hills, California on _____, 2019. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

\_\_\_\_\_ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on _____, 2019, at Woodland Hills, California.

_____

**TEMP INDEPENDENT FIDUCIARY'S NOTICE OF FILING RE TERMINATION      19-CV-00778 (MWF)**

# SERVICE LIST
### *ACOSTA v. RIVERSTONE CAPITAL, et al.*
### USDC Case No. 19-CV-778-MWF (MAAx)

***Attorneys for Plaintiff via CM/ECF***

Ian H. Eliasoph, Esq.
Office of the Solicitor
United States Department of Labor
90 7th Street, Suite 3-700
San Francisco, CA  94103
Eliasoph.Ian@dol.gov

Grace A. Kim, Esq.
U.S. Department of Labor
350 S., Figueroa Street, Suite 370
Los Angeles, CA  90071
Kim.Grace@dol.gov

***Defendants, In Pro Per, via Electronic Mail and First Class Mail***

Riverstone Capital, LLC
c/o Travis O. Bugli
11311 Queensbury Drive
Bakersfield, CA  93312
buglitravis@gmail.com

NexGen Insurance Services, Inc.
c/o Travis O. Bugli
11311 Queensbury Drive
Bakersfield, CA  93312
buglitravis@gmail.com

NGI Brokerage Services, Inc.
c/o Travis O. Bugli
11311 Queensbury Drive
Bakersfield, CA  93312
buglitravis@gmail.com

/ / /

**TEMP INDEPENDENT FIDUCIARY'S NOTICE OF FILING RE TERMINATION**     19-CV-00778 (MWF)

James C. Kelly
7332 Residencia
Newport Beach, CA  92660
James_C_Kelly@yahoo.com

Travis D. Bugli
11311 Queensbury Drive
Bakersfield, CA  93312
buglitravis@gmail.com

Robert Clarke
24159 Twin Tides Drive
Santa Clarita, CA  91355
RMC90292@yahoo.com

Erik Manqueros
160252 Folger Street
Hacienda Heights, CA  9145
suavegrooves@yahoo.com

61815549.1

5

**TEMP INDEPENDENT FIDUCIARY'S NOTICE OF FILING RE TERMINATION   19-CV-00778 (MWF)**