# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor<br><br>v.<br>Plaintiff(s)<br><br>RIVERSTONE CAPITAL, LLC, a California limited liability corporation; et al.<br>Defendant(s). | CASE NUMBER<br><br>19-CV-778-MWF (MAAx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Matherne, J. Graham of Wyatt, Tarrant & Combs, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)* 333 Commerce Street, Suite 1400
(615) 244-0020    (615) 256-1726 Nashville, TN 37201
*Telephone Number*    *Fax Number*
gmatherne@wyattfirm.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Receivership Management, Inc. as court-appointed Temporary Independent Fiduciary

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s) ☐ Defendant(s) ☒ Other: Independent Fiduciary

and designating as Local Counsel
Caldwell, Larry J. of Caldwell Law Firm
*Designee's Name (Last Name, First Name & Middle Initial)* 21550 Oxnard Street, 3rd Floor
#88867    (424) 382-3111 Woodland Hills, CA 91367
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
larry.caldwell@caldwellfirm.net
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**\*Counsel is reminded that compliance with the Local Rules and this Court's Procedures and Schedules is mandatory. The Court did not receive an electronic version of this proposed order.\***

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded, ☐ not be refunded.

Dated   March 7, 2019                         /s/ Michael W. Fitzgerald
                                              U.S. District Judge